IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | MC 09-00114 SOM/LEK |
| | ) | |
| FOR JUDICIAL NOTICE IN RE: | ) | ORDER ADOPTING FINDINGS AND |
| CASE MAG NO. 09-00253, | ) | RECOMMENDATION TO DISMISS |
| OTHERS, | ) | PETITION |
| _____ | ) | |

ORDER ADOPTING FINDINGS AND
RECOMMENDATION TO DISMISS PETITION

This matter is before the court on objections to

Magistrate Judge Leslie E. Kobayashi's Findings and

Recommendation ("F&R") of June 19, 2009.  Having received no

timely objection, the court adopts the F&R.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 3, 2009.



_/s/ Susan Oki Mollway_____
Susan Oki Mollway
Chief United States District Judge